# DISTRICT COURT OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased, <br> V.   Plaintiff, <br><br> UNITED STATES OF AMERICA, <br><br> Defendant | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: **06-00022** |

**FILED**
DISTRICT COURT OF GUAM
AUG 31 2006
MARY L.M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant): UNITED STATES OF AMERICA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE J. TEKER, ESQ.,
Teker Torres & Teker, P.C.
130 Aspinall Avenue
Suite 2A
Hagatna, Guam 96910

an answer to the complaint which is served on you with this summons, within __sixty (60)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                                    AUG 3 0 2006
CLERK                                                     DATE

(By) DEPUTY CLERK

**ORIGINAL**

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | August 30, 2006 |
| NAME OF SERVER *(PRINT)* <br> MICHAEL D. TORRES | TITLE <br> Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: in care of the U.S. Attorney's Office, Districts of Guam and NMI, Sirena Plaza, 108 Hernan Cortez Avenue, Suite 500, Hagatna, Guam 96910

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Mailed via certified mail to the U.S. Attorney General, 950 Pennsylvania Avenue, N.W., Washington D.C. 20530-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 30, 2006
*Date*

*Signature of Server*

130 Aspinall Avenue, Suite 2A, Hagatna, Guam
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.