TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for the Estate of*
*Roland Anthony Boudreau, Deceased*

FILED
DISTRICT COURT OF GUAM
AUG 3 1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00022 <br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

----------

I, PHILLIP TORRES, hereby certify that on the 30th day of August, 2006, I caused copies of the Complaint for Damages for Wrongful Death, Summons, and Civil Cover Sheet to be served, via certified mail, with return receipt, on the United States Attorney General, at its offices

///

///

///

ORIGINAL

1 in Washington, D.C., to wit: 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001. I also
2 caused said copies to be served personally on the U.S. Attorney's Office, Districts of Guam and the
3 Northern Mariana Islands, by delivering copies to its offices in Guam, to wit: **Sirena Plaza**, 108
4 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

Dated at Hagåtña, Guam this 30th day of August, 2006.

**TEKER TORRES & TEKER, P.C.**

By _____
PHILLIP TORRES, ESQ.,
Attorneys for Plaintiff, *Estate of Roland Anthony Boudreau, deceased*

LJT:cs(86880-02)
PLDGS:TRUONG, CASSANDRA-U.S. NAVY:002