FILED
DISTRICT COURT OF GUAM
NOV 28 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY COUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 06-00022<br><br><br><br><br>MINUTES |

(✓) SCHEDULING CONFERENCE  ( ) PRELIMINARY PRETRIAL CONFERENCE
(November 28, 2006, at 10:23 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Joseph Razzano, Esq. Appearing on behalf of the Defendant was Assistant United States Attorney Marivic P. David.

Judge Manibusan and counsel went over the parties' proposed scheduling order and discovery plan. Judge Manibusan made minor changes to ¶¶ 6(a) and (b), 8, 11 and 14, and thereafter signed the parties' submission.

Judge Manibusan stated the possibility of submitting the case to a settlement conference before the Court or to some other outside entity would be kept open since settlement negotiations may be more productive following further discovery between the parties.

The conference concluded at 10:35 a.m.

Dated: November 28, 2006.

ORIGINAL

JUDITH P. HATTORI
Law Clerk