TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for the Estate of*
*Roland Anthony Boudreau, Deceased*

FILED
DISTRICT COURT OF GUAM
AUG 27 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG,<br>Administratrix of the Estate of<br>ROLAND ANTHONY BOUDREAU,<br>deceased,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CIVIL CASE NO. 06-00022<br><br><br><br><br><br>**PLAINTIFF'S OBJECTION AND RESPONSE TO DEFENDANT'S SUBPOENA DUCES TECUM** |

To: **Defendant and its Attorneys of Record, U.S. Attorney's Office, District of Guam and the Northern Mariana Islands**

Plaintiff, Cassandra Chau Truong, Administratrix of the Estate of Roland Anthony Boudreau, deceased, submits her Objection and Response to Defendant's Subpoena Duces Tecum in the above captioned and styled case.

                                                TEKER TORRES & TEKER, P.C.

Dated: August 27, 2007.
                                        By: JOSEPH C. RAZZANO, ESQ.
                                              *Attorney's for Plaintiff*

**ORIGINAL**

## OBJECTION AND RESPONSE TO SUBPOENA DUCES TECUM

1. Any and all documents which help form the basis of your claim that the United States was in any way responsible or negligent.

**Answer:** Plaintiff objects to Defendant's wholesale request to produce "any and all" written documents pertaining to any claim asserted. The Federal Rules of Civil Procedure permit discovery of designated documents, papers, etc. The rules do not permit a general inspection of an adversary's records, as this constitutes nothing more than a fishing expedition. Defendant's request is too general. What the Defendant is seeking is authorization to conduct a general search of Plaintiff's files, and this is not permitted under the Federal Rules of Civil Procedure.