TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for the Estate of*
*Roland Anthony Boudreau, Deceased*

FILED
DISTRICT COURT OF GUAM
AUG 2 7 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00022<br><br><br><br>**DECLARATION OF SERVICE** |

----------

I, Joseph C. Razzano, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on August 27, 2007, a true and exact copy of Plaintiff's Objection and Response to Defendant's Subpoena Duces Tecum was served, via hand delivery, on the Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

ORIGINAL

1   I declare under penalty of perjury that the foregoing is true and correct.

2   DATED at Hagåtña, Guam, on August 27, 2007.

                                    JOSEPH C. RAZZANO