ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

OCT - 3 2007

JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administrix of the Estate of ROLAND ANTHONY BOUDREAU deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00022<br><br>STIPULATED MOTION FOR ONE WEEK EXTENSION TO SUBMIT EXPERT REPORTS TO PLAINTIFF |

The parties hereby motion the Court for an extension of time in which to submit its experts' reports to the Plaintiff. The Scheduling Order designates the date of October 5, 2007 for the disclosures of expert testimony. The United States intends to submit reports to the Plaintiff and its expert has requested a submission date of October 12, 2007, one week from the date in

//
//
//
//

Scheduling Order. Plaintiff does not oppose this one week extension.

SO STIPULATED this __3rd__ day of October, 2007

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
MIKEL W. SCHWAB
Assistant U.S. Attorney

_____
JOSEPH C. RAZZANO, Esq.
Attorney for the Estate of Roland Boudreau

2