1

**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for the Estate of*
*Roland Anthony Boudreau, Deceased*

**FILED**
DISTRICT COURT OF GUAM

NOV 2 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00022 <br><br><br><br><br> NOTICE OF TAKING DEPOSITION |

----------

**To:     Defendant and its Attorneys of Record, U.S. Attorney's Office, Districts of Guam and the Northern Mariana Islands**

**PLEASE TAKE NOTICE** that on **Friday, November 30, 2007**, at the hour of **10:00A.M.**, at the Law Offices of Teker Torres & Teker, P.C., Suite 2A, 130 Aspinall Avenue, Hagåtña, Guam 96910, the undersigned will take the deposition of **FRANK A. PEREZ, PH.D.**, upon oral examination, pursuant to the Federal Rules of Civil Procedure.

The deposition shall be taken before a notary public or other person authorized by law to administer oaths. The deposition will be recorded by audiotape or stenographic means.

DATED at Hagåtña, Guam, on November 20, 2007.

**TEKER TORRES & TEKER, P.C.**

By
JOSEPH C. RAZZANO, ESQ
*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, hereby certify that on the 21st day of November, 2007, I caused a copy of the Notice of Taking Deposition of Frank A. Perez, Ph.D., on the U.S. Attorney's Office, Districts of Guam and the Northern Mariana Islands, by delivering a copy to its offices in Guam, to wit: *Sirena Plaza*, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam96910.

Dated at Hagåtña, Guam this 21st day of November, 2007.

TEKER TORRES & TEKER, P.C.

By
JOSEPH C. RAZZANO, ESQ.,
Attorneys for Plaintiff, *Estate of Roland Anthony Boudreau, deceased*