## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of Roland Anthony Boudreau,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00022<br><br><br><br>MINUTES |

( ) SCHEDULING CONFERENCE  (√) PRELIMINARY PRETRIAL CONFERENCE
      (February 1, 2008, at 10:30 a.m.)

( ) FINAL PRETRIAL CONFERENCE  ( ) STATUS CONFERENCE

**Notes**: Appearing on behalf of the Plaintiffs were Lawrence Teker and Joseph Razzano. Assistant United States Attorneys Mikel Schwab and Jessica Cruz appeared on behalf of the Defendant.

Judge Manibusan inquired whether the parties were ready for trial. The Plaintiff's counsel stated they were ready to proceed to trial. Mr. Schwab stated that the government would be ready for trial as scheduled. Mr. Schwab apologized for not filing a trial brief and indicated that he could have one filed within a week.

Mr. Teker advised the court that a witness (the general manager for the golf course that supplied the golf carts) was expected to be off-island during the time this matter was scheduled for trial. Mr. Schwab expressed some concern because this witness was never identified by the

Cassandra Chau Truong, Administrarix of the Estate of Roland Anthony Boudreau, v. United States of America, Civil Case No. 06-00022
Minutes of Preliminary Pretrial Conference: February 1, 2008

Plaintiff as a witness nor was the witness deposed. The Plaintiff's counsel stated that it was the government who identified this individual in its discovery materials, so it should not now be surprised.

Judge Manibusan explored the possibility of the parties submitting the case for a settlement conference. Agreement on the matter could not be reached.

Judge Manibusan stated that the Chief Judge would be in another civil trial which begins on February 19, so it is likely that the February 25 trial date here would have to be moved. With counsel's agreement, Judge Manibusan vacated the February 25 trial date and associated pretrial dates and deadlines, and proposed a trial date of April 21, 2008. The parties stated that they would look at their calendars and check with their experts as to whether said date is acceptable. Thereafter, the court would issue a new trial scheduling order.

Mr. Schwab offered to have the government's off-island expert available to speak with the Plaintiff's counsel when said expert arrives on Guam in February.

The conference concluded at 11:35 a.m.

Dated: February 2, 2008.

Prepared by Judith P. Hattori, Law Clerk