# ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
Tel: (671) 472-7332
Fax: (671) 472-7215/7334

Attorneys for the United States

**FILED**
DISTRICT COURT OF GUAM

FEB 27 2008

JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Case No.: 06-00022 <br><br> **NOTICE OF ACCEPTANCE OF TRIAL DATE** |

COMES NOW, the Defendant, UNITED STATES OF AMERICA, by and through its undersigned counsel, and hereby files its Notice of Acceptance of Trial Date to notify the Court of its availability and acceptance of the Trial Date in this matter currently scheduled for April 21, 2008. Counsel for the Plaintiff has stipulated to the trial date of April 21, 2008.

Dated this 27th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

MIKEL M. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

1

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on February 26, 2008, I caused to be served by personal service a copy of the "Notice of Acceptance of Trial Date", in Civil Case No. 06-00022, Cassandra Chau Truong vs. United States of America, to the following attorney of record:

Joseph C. Razzano
Teker Torres & Teker, P.C.
130 Aspinall Ave., Ste. 2A
Hagatna, GU 96910

JACQUELINE EMMANUEL
Administrative Assistant