LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
Tel: (671) 472-7332
Fax: (671) 472-7215/7334

Attorneys for the United States

**FILED**
DISTRICT COURT OF GUAM

MAR 1 4 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 06-00022<br><br>**STIPULATION TO PROPOSED SETTLEMENT CONFERENCE DATE** |

COMES NOW, the parties, in connection with the above-captioned matter, by and through their attorneys of record, submit the following stipulation to a settlement conference date of March 21, 2008 at 9:00 a.m. Counsel for Plaintiff and Defendant have conferred and determined that the parties are available for a settlement conference on March 21, 2008. Accordingly, the Court is requested to approve this Stipulation as follows:

The settlement conference on the above-captioned matter will begin on March 21, 2008 at 9:00 a.m.

//
//
//
//
//

1

**It is so stipulated:**

Dated: March 13th, 2008

*/s/ Joseph C. Razzano*
JOSEPH C. RAZZANO
Teker Torres & Teker, P.C.
Suite 2A, 130 Aspinall Avenue
Hagatna, Guam 96910
Tel: (671) 477-9891
Fax: (671) 472-2601
*Counsel for Plaintiff*

Dated: March 14th, 2008

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

*/s/ Jessica Cruz for*
MIKEL M. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215
*Counsel for Defendant*

2