LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: 671-472-7332
Fax: 671-472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 17 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administrartrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00022 <br><br><br><br><br> CERTIFICATE OF SERVICE |

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on March 17, 2008, I caused to be served by personal service a copy of the "Stipulation to Proposed Settlement Conference Date", in Civil Case No. 06-00022, <u>Cassandra Chau Truong vs. United States of America</u>, to the following attorney of record:

    Joseph C. Razzano
    Teker Torres & Teker, P.C.
    130 Aspinall Ave., Ste. 2A
    Hagatna, GU 96910

                                  LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and NMI

BY: _/s/ Jacqueline Emmanuel_
        JACQUELINE EMMANUEL
        Administrative Assistant