ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U. S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 20 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00022 <br><br> UNITED STATES' MOTION REQUESTING FOR AN EXTENSION OF TIME |

The United States respectfully submits this motion to allow an extension of seven (7) days to file its Trial Brief, postponing the deadline to March 28, 2008. In the event that the trial date is postponed, the United States requests that the deadline for filing the Trial Brief be postponed to thirty (30) days prior to the new trial date. As grounds for this motion, both parties are in the process of settlement negotiations and the United States needs additional time to prepare its Trial Brief.

Wherefore, the United States requests that the Court extend the deadline for submission of the Trial Brief to March 28, 2008, or in the alternative, thirty (30) days prior to the new trial date.

//
//

So submitted this 20th day of March, 2008.

```
                              LEONARDO M. RAPADAS
                              United States Attorney
                              District of Guam and NMI


                         BY: /s/ Jessica Cruz
                              MIKEL W. SCHWAB
                              Assistant U. S. Attorney
                              JESSICA F. CRUZ
                              Assistant U. S. Attorney
```

//

# CERTIFICATE OF SERVICE

I, Jacqueline Emmanuel, Administrative Assistant, working in the U.S. Attorney's Office, in the District of Guam, hereby certify that, on March 20, 2008, I caused to be served by personal service a copy of the "United States' Motion for an Extension of Time", in Civil Case No. 06-00022, <u>Cassandra Chau Truong vs. United States of America</u>, to the following attorney of record:

>
> Joseph C. Razzano
> Teker Torres & Teker, P.C.
> 130 Aspinall Ave., Ste. 2A
> Hagatna, GU 96910

*[signature]*
JACQUELINE EMMANUEL
Administrative Assistant