DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of Roland Anthony Boudreau, | CIVIL CASE NO. 06-00022 |
| Plaintiff, | |
| vs. | AMENDED SCHEDULING ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On March 21, 2008, the parties met with the below-signed Magistrate Judge for a settlement conference. Unfortunately, the parties were unable to reach a settlement of this action. Accordingly, the court issues the following Amended Scheduling Order and sets this matter for trial as follows:

- ► Each party shall submit a trial brief no later than May 12, 2008;

- ► The preliminary pretrial conference shall be held on Tuesday, May 20, 2008, at 10:00 a.m.;

- ► The parties' exhibit binders, exhibit lists, witness lists, discovery material designations, and proposed pretrial order shall be filed or lodged no later than Tuesday, May 27, 2008;

- ► The final pretrial conference shall be held on Tuesday, June 3, 2008, at 10:00 a.m.

- ► The trial shall commence on Tuesday, June 10, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Mar 25, 2008**