# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of Roland Anthony Boudreau,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00022<br><br><br><br>SECOND AMENDED SCHEDULING ORDER |

On March 25, 2008, the court issued an Amended Scheduling Order setting this matter for trial on June 10, 2008. Thereafter, the court was advised that said date conflicted with counsel's schedule. After consulting with the parties, the court issues the following revised scheduling order which will govern the case management herein:

- Each party shall submit a trial brief (or revised trial brief if necessary) no later than August 22, 2008;
- The preliminary pretrial conference shall be held on Tuesday, September 2, 2008, at 10:00 a.m.;
- The parties' exhibit binders, exhibit lists, witness lists, discovery material designations, and proposed pretrial order shall be filed or lodged no later than Monday, September 8, 2008;

///

///

///

- ▸ The final pretrial conference shall be held on Monday, September 15, 2008, at 10:00 a.m.; and
- ▸ The trial shall commence on Monday, September 22, 2008, at 9:00 a.m.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: May 09, 2008