ORIGINAL

| | |
|---|---|
| 1 | LEONARDO M. RAPADAS<br>United States Attorney |
| 2 | MIKEL W. SCHWAB<br>Assistant U. S. Attorney |
| 3 | JESSICA F. CRUZ<br>Assistant U. S. Attorney |
| 4 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 5 | Hagatna, Guam 96910<br>Tel: (671) 472-7332 |
| 6 | Fax: (671) 472-7215 |



FILED
DISTRICT COURT OF GUAM

AUG 1 8 2008

JEANNE G. QUINATA
Clerk of Court

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

CASSANDRA CHAU TRUONG,           )   CIVIL CASE NO. 06-00022
Administratrix of the Estate of ROLAND )
ANTHONY BOUDREAU, deceased,      )
                                 )
            Plaintiff,           )   **DEFENDANT'S EX PARTE MOTION**
                                 )   **FOR AN ORDER SHORTENING TIME**
   vs.                           )   **FURTHER UNDER RULE 7.1(h)(5);**
                                 )   **DECLARATION OF MIKEL W.**
UNITED STATES OF AMERICA,        )   **SCHWAB**
                                 )
            Defendant.           )

The United States hereby files with the Court an Erratum attaching a signed copy of the Declaration of Mikel W. Schwab.

Respectfully submitted this 18th day of August, 2008.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and CNMI

                By:     _____
                        MIKEL W. SCHWAB
                        Assistant U.S. Attorney

## DECLARATION OF MIKEL W. SCHWAB

I, Mikel W. Schwab, declare upon penalty of perjury that I am competent to testify to the matters contained herein, as follows:

1. I am the attorney for Defendant United States of America in this matter.

2. Defendant is requesting for the Court to shorten time within which to hear Defendant's Motion for Stay to stay this federal case pending the decision on the Motion for Summary Judgment in the Guam Superior Court case, <u>Truong v. AIOI Insurance Company, Ltd.</u>, Civ. Case No. CV1082-06. Currently the Motion for an Order Shortening Time is not set for hearing.

3. The federal case is scheduled for trial on September 22, 2008.

4. The date of the trial is fast approaching and both parties need a decision on the Motion to Stay in order to adequately prepare for trial.

5. No meaningful discussion of a universal settlement can take place until the resolution of the Motion in the Superior Court.

6. Defendant's counsel is available for a hearing at the Court's next available hearing date and time.

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED: this 15th day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I, Marie Chenery, working in the United States Attorney's Office, hereby certify that I caused to be served via hand delivery a copy of the Erratum for the Defendant's Ex Parte Motion for an Order Shortening Time Further Under Rule 7.1(h)(5); Declaration of Mikel W. Schwab to:

Joseph C. Razzano
Teker Torres & Teker, P.C.
130 Aspinall Ave. Ste. 2A
Hagatna, GU 96910

Dated: August 18, 2008

Marie Chenery
Paralegal