LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, GU 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL CASE NO. 06-00022<br><br><br><br>CERTIFICATE OF SERVICE |

I, Marie Chenery, working in the U.S. Attorney's Office, hereby certify that on the 15th day of August, 2008 I caused to be served a copy of: Defendant's Ex Parte Motion for an Order Shortening Time Further Under Rule 7.1(h)(5); Declaration of Mikel W. Schwab and Motion to Stay Proceedings via hand delivery to:

Joseph C. Razzano
Teker Torres & Teker, P.C.
130 Aspinall Ave. Ste. 2A
Hagatna, GU 96910

_____
MARIE CHENERY
Paralegal