LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U. S. Attorney
JESSICA F. CRUZ
Assistant U. S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00022<br><br><br><br><br>ORDER |

This matter came before the court on the United States' Ex Parte Motion for an Shortening Time Further Under Rule 7.1(h)(5); Declaration of Mikel W. Schwab regarding the United States' Motion to Stay Proceedings. After reviewing the submission and in light of the impending deadlines, the court GRANTS the request to shorten time and ORDERS the following:

The Plaintiff shall file a response to the Motion to Stay Proceedings no later than Tuesday, August 26, 2008, at 12 noon. The United States shall file its reply to the Plaintiff's response no later than Friday, August 29, 2008, at 12 noon. A hearing on the Motion to Stay Proceedings shall be held at September 4, 2008, at 11:00 a.m

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 19, 2008