1    LEONARDO M. RAPADAS
     United States Attorney
2    MIKEL W. SCHWAB
     Assistant U.S. Attorney
3    JESSICA F. CRUZ
     Assistant U.S. Attorney
4    Sirena Plaza, Suite 500
     108 Hernan Cortez Avenue
5    Hagatna, GU 96910
     Tel: (671) 472-7332
6    Fax: (671) 472-7215/7334

7    Attorneys for the United States

**FILED**
**DISTRICT COURT OF GUAM**

AUG 22 2008

**JEANNE G. QUINATA**
**Clerk of Court**

8             IN THE UNITED STATES DISTRICT COURT

9               FOR THE TERRITORY OF GUAM

| | |
|---|---|
| 10   CASSANDRA CHAU TRUONG, <br> Administratrix of the Estate of ROLAND <br> 11   ANTHONY BOUDREAU, deceased, <br><br> 12          Plaintiff, <br><br> 13      vs. <br><br> 14   UNITED STATES OF AMERICA, <br><br> 15          Defendant. | ) Case No.: 06-00022 <br> ) <br> ) <br> ) <br> ) <br> ) **DEFENDANT'S MOTION FOR** <br> ) **ENLARGEMENT OF TIME TO FILE** <br> ) **TRIAL BRIEF** <br> ) <br> ) <br> ) <br> ) |

16        Defendant, UNITED STATES OF AMERICA, by and through the undersigned counsel,

17 hereby moves the Court for a three-day extension to file its Trial Brief. Due to the complexities

18 of the issues in this case and in light of newly discovered facts and witnesses and ongoing

19 settlement negotiations, Defendant's counsel respectfully requests a short extension to file its

20 Trial Brief on Monday, August 25, 2008.

21 //

22 //

23 //

24 //

1

ORIGINAL

Dated this 22nd day of August, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____

MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney