```
 1  LEONARDO M. RAPADAS
    United States Attorney
 2  MIKEL W. SCHWAB
    Assistant U. S. Attorney
 3  JESSICA F. CRUZ
    Assistant U. S. Attorney
 4  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 5  Hagatna, Guam 96910
    Tel: (671) 472-7332
 6  Fax: (671) 472-7215

 7  Attorneys for the United States of America
```

FILED
DISTRICT COURT OF GUAM
AUG 2 5 2008
JEANNE G. QUINATA
Clerk of Court

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00022<br><br>**DEFENDANT'S MOTION TO STRIKE** |

The United States hereby files with the Court a Motion to Strike Exhibit 2 of the United States' Motion to Stay Proceedings filed on August 15, 2008. We erroneously attached an unfiled copy and have filed an Erratum to replace Exhibit 2 with the correct copy of the Memorandum in Support of Motion for Summary Judgment, Superior Court of Guam case Cassandra Chau Truong, et. al. Vs. Aioi Insurance Company, Ltd., CV 1082-06 filed in the

//
//
//
//

1

ORIGINAL

Superior Court of Guam on August 28, 2007.

Respectfully submitted this 25th day of August, 2008.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                        Districts of Guam and CNMI

                    By: _____
                            MIKEL W. SCHWAB
                            Assistant U.S. Attorney