LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. 06-00022<br><br>ORDER |

The Court, having received Defendant United States' *Erratum* to Motion to Stay Proceedings filed on August 25, 2008 and having considered the Motion to Strike also filed on August 25, 2008, hereby orders that Exhibit 2 of the Motion to Stay Proceedings filed on August 15, 2008 is stricken from the record and replaced with Exhibit 2 attached to the *Erratum*.

SO ORDERED this 26th day of August, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**