LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
Tel: (671) 472-7332
Fax: (671) 472-7215/7334

Attorneys for the United States

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 06-00022<br><br>**STIPULATION FOR STAY OF ALL DOCUMENTS AND PROCEEDINGS** |

The parties in the above entitled case hereby stipulate to and request for a temporary stay of all documents and proceedings. The parties request this to facilitate critical negotiations among the parties. The parties further represent that the temporary stay will assist in the efficient use of judicial and counsel resources. The parties will report to the Court within seven (7) calendar days.

//

//

//

//

FILED
DISTRICT COURT OF GUAM
AUG 26 2008
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

SO STIPULATED AND AGREED: this 26th day of August, 2008.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

          MIKEL W. SCHWAB
          Assistant U.S. Attorney
          JESSICA F. CRUZ
          Assistant U.S. Attorney

*Attorneys for Defendant*

SO STIPULATED AND AGREED: this 26th day of August, 2008.

          TEKER TORRES & TEKER, P.C.

          JOSEPH C. RAZZANO

*Attorneys for Plaintiff*