| | |
|---|---|
| LEONARDO M. RAPADAS | |
| United States Attorney | |
| MIKEL W. SCHWAB | |
| Assistant U.S. Attorney | |
| JESSICA F. CRUZ | |
| Assistant U.S. Attorney | |
| Sirena Plaza, Suite 500 | |
| 108 Hernan Cortez Avenue | |
| Hagatna, GU 96910 | |
| Tel: (671) 472-7332 | |
| Fax: (671) 472-7215/7334 | |

Attorneys for the United States

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.: 06-00022<br><br>**ORDER GRANTING STAY OF ALL DOCUMENTS AND ALL PROCEEDINGS** |

　　The Court having reviewed the parties' Stipulation to Stay Documents and All Proceedings hereby GRANTS a stay of all documents and proceedings for a period of seven (7) days from August 26, 2008 until Tuesday, September 2, 2008.

　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　**Dated: Aug 27, 2008**