LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7215

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 0 4 2008
JEANNE G. QUINATA
Clerk of Court

UNITED STATES DISTRICT COURT

TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 06-00022 <br><br><br><br><br> **OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. RULE 68** |

This is an Offer of Judgment for ONE HUNDRED AND SIXTY-ONE THOUSAND DOLLARS ($161,000.00) pursuant to Federal Rules of Civil Procedure, Rule 68. This offer is inclusive of costs, fees, interest and is not an admission of liability. If within ten (10) days after the service of this offer you accept, either party may then file this offer and notice of acceptance together with proof of service thereof and there upon the clerk shall enter judgment. Should you fail to accept this offer and fail to gain a final judgment against this defendant in excess of ONE HUNDRED AND SIXTY-ONE THOUSAND DOLLARS ($161,000.00) you must pay all costs incurred after the date of this offer.

**ORIGINAL**

SO SUBMITTED this 22nd day of August, 2008.

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        District of Guam and NMI

BY: /s/ Jessica Cruz
      MIKEL W. SCHWAB
      Assistant U.S. Attorney
      JESSICA F. CRUZ
      Assistant U.S. Attorney