LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, GU 96910
Tel: (671) 472-7332
Fax: (671) 472-7215/7334

Attorneys for the United States

**FILED**
DISTRICT COURT OF GUAM
SEP 0 4 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT
# TERRITORY OF GUAM

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.: 06-00022<br><br>**ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. RULE 68** |

Defendant's Offer of Judgment in the above-referenced case for $161,000 (One Hundred and Sixty-One Thousand Dollars) inclusive of costs, fees, and pre-judgment interest is hereby ACCEPTED. This shall serve as notice of acceptance of the Defendant's Offer.

DATED: this 2nd day of September, 2008.

TEKER TORRES & TEKER, P.C.

JOSEPH C. RAZZANO
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, hereby certify that on September 3, 2008, a copy of the foregoing Acceptance of Offer of Judgment Pursuant to Fed R. Civ. P. Rule 68, was duly served by hand delivery upon:

>Office of the U.S. Attorney
>Sirena Plaza, Suite 500
>108 Hernan Cortez Avenue
>Hagåtña, Guam 969100

Dated at Hagåtña, Guam, on September 3, 2008.

**TEKER TORRES & TEKER, P.C.**

By: /s/ JOSEPH C. RAZZANO, ESQ.
Attorneys for Plaintiff