**DISTRICT COURT OF GUAM**

**4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100**

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 06-00022<br><br><br><br><br>**J U D G M E N T** |

Judgment is hereby entered against the United States of America in accordance with the Offer of Judgment and the Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. Rule 68 filed September 4, 2008.

Dated: 4 September 2008 in Hagatna, Guam.

Clerk of Court

**/s/ Jeanne G. Quinata**