**DISTRICT COURT OF GUAM**

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| CASSANDRA CHAU TRUONG, Administratrix of the Estate of ROLAND ANTHONY BOUDREAU, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Case No. 06-00022 |

**NOTICE OF ENTRY**

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**JUDGMENT**
**signed on September 4, 2008**
**Date of Entry: September 4, 2008**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date: September 4, 2008        Clerk of Court

                               **/s/ Jeanne G. Quinata**